IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02327-BNB

CAMERON McARTHUR,

Plaintiff,

v.

SOURCE GAS LLC,

Defendant.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 12, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02327-BNB

Cameron McArthur
1528 Emerson St. #4
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/2/10

GREGORY C. LANGHAM, CLERK

By: /s/
Deputy Clerk