IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02327-REB-MJW

**CAMERON MCARTHUR,**

    Plaintiff,

v.

**SOURCE GAS LLC,**

    Defendant.

---

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION TO AMEND CASE CAPTION**
( Docket No. 25 )

---

Upon consideration of Defendant's Unopposed Motion to Amend Case Caption, filed on January 20, 2011, the motion is:

GRANTED and the caption for the above-entitled case shall be amended to change the Defendant's name from "Source Gas LLC" to "SourceGas LLC."

Effective immediately, the caption shall be: "Cameron McArthur, Plaintiff v. SourceGas LLC, Defendant."

DATED: January 21, 2011

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

9706407.1 (OGLETREE)