**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  10-cv-02327-REB-MJW | FTR - Courtroom A-502 |
| **Date:**  April 26, 2011 | Courtroom Deputy, Ellen E. Miller |
| <u>*Parties*</u> | <u>*Counsel*</u> |
| CAMERON MCARTHUR, | Nelson G. Alston |
| Plaintiff(s), | |
| v. | |
| SOURCEGAS LLC, | David D. Powell, Jr. |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION   HEARING**
**Court in Session:**   9:35 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendant's Motion for Entry of Protective Order for argument.

Argument by Mr. Powell on behalf of defendant.
Argument by Mr. Alston on behalf of plaintiff.


**It is ORDERED:**       Defendant's MOTION FOR ENTRY OF PROTECTIVE ORDER
[Docket No. **40**, Filed April 14, 2011]    is **TAKEN  UNDER
ADVISEMENT.**  The court will issue its written Order.


Hearing concluded.
**Court in recess:**    9:52 a.m.
Total In-Court Time 00:17

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.