IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02327-REB-MJW

CAMERON McARTHUR,

Plaintiff,

v.

SOURCE GAS, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Strike Pleading and/or Alternatively Motion to Stay (docket no. 83) is DENIED.  The decision to grant a motion to strike rests within the sound discretion of the district judge.  F.D.I.C. v. Isham, 782 F. Supp. 524, 530 (D. Colo. 1992).  Applying this standard,  I find no basis to strike Defendant's Motion to Dismiss and for Sanctions (docket no. 73) and I further find no basis to stay this case.  This court will consider and rule on Defendant's Motion to Dismiss and for Sanctions (docket no. 73)[filed on August 4, 2011] once it becomes ripe for ruling.   Lastly, pursuant to D.C.COLO.LCivR 7.1 C, "... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."

Date:  August 16, 2011